# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:09 CV 69

| | |
|---|---|
| KIRK C. BOONE, | )<br>) |
|    Plaintiff | )<br>) |
| V | )    **ORDER**<br>) |
| REGIONS BANK, successor by merger of AMSOUTH BANK, | )<br>)<br>) |
|    Defendant | )<br>) |

**THIS MATTER** is before the court on Jason B. James' application for Admission to Practice *Pro Hac Vice* of J. Ethan McDaniel. It appearing that J. Ethan McDaniel is a member in good standing with the Alabama Bar and will be appearing with Jason B. James, a member in good standing with the Bar of this court, and that all admission fees have been paid. Upon review of the motion and the Local Rules of Civil Procedure for the Western District of North Carolina, it does not appear that Mr. James' motion complies with LCvR 83.1(E)(2)(b) in that it does not include the email address of the attorney seeking admission.

## ORDER

**IT IS, THEREFORE, ORDERED** that Jason B. James' Application for Admission to Practice *Pro Hac Vice* (#6) of J. Ethan McDaniel is **GRANTED**, but that the email address of J. Ethan McDaniel must be provided to this court within five (5) business days of the filing of this Order or Jason B. James will have to file a new motion for admission to practice *Pro Hac Vice* and pay an additional filing fee seeking to have J. Ethan McDaniel **ADMITTED** to practice, *Pro Hac Vice*, before the Bar of this court while associated with Jason B. James.

Signed: March 16, 2009

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge